**Philip J. SMYTHE, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

May 16, 2005.

## ORDER

PER CURIAM.

AND NOW, this 16th day of May, 2005, the Order of the Commonwealth Court is hereby AFFIRMED. Appellant's Motion to Supplement Brief with New Exculpatory Evidence is DENIED.